UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| WHITNEY KELLY, <br><br> Plaintiff, <br><br> vs. <br><br> BONNEVILLE BILLING & COLLECTIONS, INC., <br><br> Defendant/Third-Party Plaintiff, <br><br> vs. <br><br> JARED KELLY, <br><br> Third-Party Defendant. | NO. 2:17-CV-00144-JLQ <br><br> ORDER DIRECTING ENTRY OF JUDGMENT AND CLOSING FILE |

BEFORE THE COURT is the parties' Stipulation for Order of Dismissal With Prejudice (ECF No. 23) and Proposed Order (ECF No. 24). The Stipulation states the "matter has fully settled and that there is no reason for the cause to longer remain pending." The Proposed Order specifically includes dismissal of the Complaint (ECF No. 1) and the Third Party Complaint (ECF No. 7) and the claims therein. Accordingly,

**IT IS HEREBY ORDERED:**

1. Pursuant to the Stipulation, the Clerk shall enter judgment of dismissal of the Complaint (ECF No. 1) and the Third Party Complaint (ECF No. 7) and all the claims therein **with prejudice** and without an award of costs or attorneys' fees.

2. The pending Motion for Summary Judgment (ECF No. 20) is **DENIED AS MOOT**.

ORDER - 1

**IT IS SO ORDERED.** The Clerk shall file this Order, enter Judgment, furnish copies to counsel, and close this file.

Dated this 7th day of September, 2017.

s/ Justin L. Quackenbush<br>
JUSTIN L. QUACKENBUSH<br>
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2