# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| WHITNEY KELLY,<br>*Plaintiff*<br>v.<br>BONNEVILLE BILLING & COLLECTIONS, INC.,<br>Defendant/Third-Party Plaintiff,<br>v.<br>JARED KELLY,<br>*Third Party Defendant* | Civil Action No. 2:17-CV-144-JLQ |

## JUDGMENT OF DISMISSAL

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Stipulation of Dismissal (ECF No. 23) of the parties, the Complaint (ECF No. 1) and Third Party Complaint (ECF No. 7) and all of the claims therein are DISMISSED with prejudice and without an award of costs or attorneys' fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Justin L. Quackenbush  on a Stipulation of Dismissal (ECF No. 23) of the parties.

Date: September 7, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb